■ TRAVELERS INSURANCE Co. et al., Respondents, v. VICTOR REINSTEIN, JR., Appellant.— Order entered October 22, 1964 dismissing appeal vacated; appeal dismissed unless records and briefs are filed and served on or before

November 23, 1964. Memorandum: We wish to call attention to the fact that no permission has been given to the defendant-appellant to submit this case on a typewritten record.